# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| COBB AMBULANCE SERVICE, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | |
| | : | NO. 1:05-CV-0560 |
| vs. | : | |
| | : | |
| GOLD CROSS AMBULANCE SERVICE, INC.; | : | |
| et al, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

Plaintiff, by and through counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with agreement of Defendants Puckett Emergency Medical Services, Inc., Steven K. Puckett, John D. Norton, Rickie S. Garrison, Metro-Atlanta Ambulance Service, Inc. Peter E. Quinones and Michael Jernigan (collectively "Stipulating Defendants"), stipulates to a dismissal of its action against the Stipulating Defendants.

It is further understood and agreed by all parties that this Stipulation of Dismissal dismisses the case against the Stipulating Defendants, with prejudice, with each party to bear its own costs.

Respectfully submitted this the 18th day of June, 2007,

| | |
|---|---|
| **Jeffrey L. Berhold, P.C.** | **Cook, Hall & Lampros, LLP** |
| By:  /S/ Jeff Berhold | By:  /S/ Andrew Lampros |
|      Jeffrey L. Berhold |      Andrew Lampros |
|      Ga. Bar # 054682 |      Ga. Bar # 432328 |

*(signature by Andrew Lampros w/ express permission)*

| | |
|---|---|
| 1230 Peachtree St. NE | 1230 Peachtree St. NE |
| Suite 1050 | Suite 3700 |
| Atlanta, GA 30309 | Atlanta, GA 30309 |
| (404) 872-3800 | (404) 876-8100 |

Counsel for Plaintiff

-And-

**Paul, Hastings, Janofsky & Walker, LLP**

By:   /S/ John G. Parker
         John G. Parker
         Ga. Bar # 562425

*(signature by Andrew Lampros w/ express permission)*
600 Peachtree St.
Suite 2400
Atlanta, GA 30308
(404) 815-2400
Counsel for Stipulating Defendants


This document was prepared using Times New Roman 14 type font.

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2007 I electronically filed *Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

> Donald L. Mize, Esq.
> 315 Washington Avenue
> Marietta, Georgia 30060
> (Counsel for Gold Cross Ambulance Service, Inc., Eric Regan and Teena Regan)
> donaldmizelaw@aol.com

and via First Class U.S. Mail, properly addressed with sufficient postage to reach its destination to:

Edmond G. Haines
113 Sable Trace Ln
Acworth, GA 30102

This the 18th day of June, 2007.

           /S/ Andrew Lampros
           ANDREW LAMPROS