IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COBB AMBULANCE SERVICE, INC.,          :
                                       :
                    Plaintiff,         :
                                       :       CIVIL ACTION NO.
vs.                                    :
                                       :       1:05-CV-0560-CC
GOLD CROSS AMBULANCE SERVICE,          :
INC., et al.,                          :
                                       :
                    Defendants.        :

## ORDER

This matter is presently before the Court on Plaintiff's Motion to Dismiss Action Without Prejudice [Doc. No. 57]. For good cause shown, and in the exercise of its discretion, the Court **GRANTS** Plaintiff's motion to dismiss and hereby **DISMISSES without prejudice** Plaintiff's claims against Defendants Gold Cross Ambulance Service, Inc., Eric Regan, Teena Regan, Edmond G. Haines, and John Does 1-5.

The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of November, 2007.

_s/  CLARENCE COOPER_

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE